<pre>
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                            AT TACOMA
</pre>

| | |
|---|---|
| MATTHEW C. CARRINGTON,<br><br>               Petitioner,<br><br>    v.<br><br>BRUNO STOLE,<br><br>               Respondent. | Case No. C09-5056RBL-KLS<br><br>ORDER DISMISSING PETITION |

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, petitioner's objection [Dkt. #9], and the remaining record, does hereby find and Order:

(1)    the Court adopts the Report and Recommendation;

(2)    petitioner's federal *habeas corpus* petition is DISMISSED; and

(3)    the Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 29th day of May, 2009.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1