# United States District Court

WESTERN DISTRICT OF WASHINGTON

Matthew C. Carrington

       v.

Bruno Stole

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5056RBL-KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. the Court adopts the Report and Recommendation;

2. petitioner's federal *habeas corpus* petition is DISMISSED.

    June 24, 2009                                      BRUCE RIFKIN

                                                               Clerk

                                                */s/ Jennie L. Patton*

                                                           Deputy Clerk